# United States Court of Appeals

## FOR THE ELEVENTH CIRCUIT

Filed at _9.00_
_10.37.96_

_U Polin_
DEPUTY CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

### No. 95-9059

District Court No. 4:95-CV-36



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

OCT 1 7 1996

MIGUEL J. CORTEZ
CLERK

IN RE: E.I. DU PONT DE NEMOURS & COMPANY -
BENLATE LITIGATION.

THE BUSH RANCH, INC.,
WILLIAM R. LAWSON, individually,
YELLOW RIVER GROWERS, C. RAKER & SONS,
INC., a Michigan corporation,

                    Petitioners-Counter-Defendants-
                    Appellees,

C. NEAL POPE, a Georgia resident,
POPE, MCGLAMRY, KILPATRICK & MORRISON,
a Georgia partnership,

                    Counter-Defendants,

versus

E.I. DU PONT DE NEMOURS & COMPANY,
a Delaware corporation,

                    Respondent-Counterclaimant,
                    Appellant.

---------------------------
Appeal from the United States District Court
for the Middle District of Georgia
---------------------------

Before DUBINA and CARNES, Circuit Judges, and FARRIS*, Senior
Circuit Judge.

### J U D G M E N T

        This cause came to be heard on the transcript of the record
from the United States District Court for the Middle District of
Georgia, and was argued by counsel;



**UPON CONSIDERATION WHEREOF**, it is now hereby ordered and adjudged by this Court that the order of the said District Court appealed from in this cause be and the same is hereby REVERSED; and that this cause be and the same is hereby REMANDED to said District Court for further proceedings in accordance with the opinion of this Court;

It is further ordered that petitioners-counter-defendants-appellees pay to respondent-counterclaimant-appellant the costs on appeal to be taxed by the Clerk of this Court.

_____
*Honorable Jerome Farris, Senior U.S. Circuit Judge for the Ninth Circuit, sitting by designation.

Entered: October 17, 1996
For the Court: Miguel J. Cortez, Clerk

By: _____
Deputy Clerk

ISSUED AS MANDATE: 10/21/97

Order making CCA-11 judgment issued as mandate, the judgment and order of the District Court.

This _29_ day of October, 1997.

_____
U.S. District Judge

Filed at 4:30 P M

NOV 4 1997

_____
DEPUTY CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORIGA

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

2